FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO CHAVEZ,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN DOVEY,<br><br>    Respondent. | No. EDCV 08-728-GHK(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this petition is summarily dismissed as duplicative of another petition pending in this court.

DATED: 3/25/10

_____
GEORGE H. KING
United States District Judge